IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

**vs.**  Case No. 4:04cr19-RH
Case No. 4:05cv106-RH/WCS

**RAFAEL MARTINEZ PEREZ,**

    **Defendant.**

_____/

### ORDER TO RESPOND TO § 2255 MOTION

In response to the court's order to amend his 28 U.S.C. § 2255 motion, doc. 69, Defendant filed an amended § 2255 motion. Doc. 70.

The court has reviewed the amended motion pursuant to the Rules Governing § 2255 Proceedings, and the Government is directed to file an answer, motion, or other response in compliance with § 2255 Rule 5(b). Defendant may reply to the Government's arguments within the time set by this order, but is not required to do so. § 2255 Rule 5(d).

The court will review the record after the Government's arguments and Defendant's reply (if any) are filed.  If it does not appear that a hearing or additional argument is warranted, then the undersigned will enter a report and recommendation for disposition of the § 2255 motion; if an evidentiary hearing is warranted, counsel will be appointed.  § 2255 Rule 8(b) and (c).

Accordingly, it is **ORDERED**:

1.  The clerk shall forward a copy of the amended § 2255 motion (doc. 70) to the United States Attorney for this District, who shall file an answer, motion, or other response to the motion no later than **July 19, 2005.**

2.  If review of the PSR is necessary, the Probation Office shall allow counsel for the Government to review the PSR upon request.

3.  Defendant shall file a reply, if desired, no later than **August 19, 2005**.

**DONE AND ORDERED** on May 18, 2005.

    s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

Case Nos. 4:04cr19-RH and 4:05cv106-RH/WCS