# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 4:04cr19-RH/WCS
4:05cv106-RH/WCS

RAFAEL MARTINEZ PEREZ,

    Defendant.
_____/

## ORDER DENYING §2255 MOTION

This matter is before the court on the magistrate judge's report and recommendation (document 83), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "Defendant's motion for relief under 28 U.S.C. §2255 (document 70) is DENIED WITH PREJUDICE." The clerk shall close the file.

SO ORDERED this 6th day of August, 2007.

                                                s/Robert L. Hinkle
                                              Chief United States District Judge