# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v. CASE NO. 4:04cr19-RH/WCS

RAFAEL PEREZ,

      Defendant.

_____/

## ORDER DENYING §2255 MOTION

      This petition for writ of habeas corpus, brought by a federal prisoner whose earlier motion challenging his conviction and sentence under 28 U.S.C. § 2255 was denied, is before the court on the magistrate judge's report and recommendation (document 87), which correctly concludes that the petition should be denied. Petitioner has filed a notice of appeal (document 88), by which he purports to appeal the report and recommendation to the United States Court of Appeals for the Eleventh Circuit. But the report and recommendation of course is not a judgment and is not appealable. I treat the notice of appeal as an objection to the report and recommendation. I review de novo the issues raised by the deemed objection.

      Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "The petition for writ of habeas corpus is DISMISSED." The clerk shall treat the "notice of appeal" previously filed by petitioner as an objection to the report and recommendation, not as a notice of appeal. If petitioner wishes to appeal, he must file new papers in form he deems appropriate.

SO ORDERED this 22d day of February, 2008.

s/Robert L. Hinkle<br>
Chief United States District Judge